UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR FRANCO,<br><br>          Petitioner,<br>    vs.<br><br>DAVID B. LONG, Warden, and JEFFREY BEARD, Secretary of CDCR,<br><br>          Respondents. | Case No. CV 11-4368-DMG (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 6, 2014

*[signature]*

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE